**Opinion issued September 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00692-CV

———————————

**GLO CPA'S, LLLP, Appellant**

**V.**

**LEO B. WOMACK AND FAIRWAY MEDICAL TECHNOLOGIES, INC.,**
**Appellees**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 994,213

## MEMORANDUM OPINION

Appellant, GLO CPA's, LLLP, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellant failed to include a certificate of conference in its motion, more

than 10 days have passed and no party has responded to the motion.  *See* TEX. R.

APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.